**Law Offices of Avrum J. Rosen, PLLC**
*Attorneys for David J. Doyaga, Sr., Plaintiff-Trustee*
38 New Street
Huntington, New York 11743
(631) 423-8527
Avrum J. Rosen, Esq.
Alex E. Tsionis, Esq.

**Hearing Date: May 4, 2021**
**Hearing Time: 10:30 a.m.**
**Objection Deadline: April 27, 2021**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                          Chapter 7

REDF EQUITIES, LLC,                          Case No.: 19-46820-ess

                                        Debtor.
------------------------------------------------------------x
DAVID J. DOYAGA, SR. as Trustee of the          Adv. Pro. No.: 21-01008-ess
Estate of REDF EQUITIES, LLC,

                                        Plaintiff,

        -against-

DAVID AUGENSTEIN,

                                        Defendant.
------------------------------------------------------------x

### NOTICE OF PLAINTIFF'S APPLICATION FOR ENTRY OF JUDGMENT UPON DEFAULT PURSUANT TO RULE 55 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RULE 7055 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

**PLEASE TAKE NOTICE** that David J. Doyaga, Sr., the Chapter 7 Trustee and Plaintiff

herein (the "Plaintiff") for the Estate of Redf Equities, LLC, by and through his attorneys, the Law

Offices of Avrum J. Rosen, PLLC, shall move before the Honorable Elizabeth S. Stong, United

States Bankruptcy Judge, on **May 4, 2021 at 10:30 a.m.** or as soon thereafter as counsel may be

heard, for the entry of an Order, substantially in the form of the proposed Order annexed hereto,

granting judgment upon default against the above-captioned defendant, David Augenstein,

pursuant to Rule 55 of the Federal Rules of Civil Procedure made applicable herein pursuant to

Rule 7055 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), at the United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201 in Courtroom 3585 and pursuant to the Bankruptcy Court's Emergency Procedures during the COVID-19 Pandemic.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the application must conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, as modified by any administrative orders entered in this case, and be filed with the Bankruptcy Court electronically in accordance with the Court's Administrative Orders, by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, Microsoft Word, DOS text (ASCII) or a scanned image of the filing, with a hard copy delivered directly to Chambers, and be served in accordance with the Court's Administrative Orders, and upon: (i) the Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, New York 11743, Attn: Alex E. Tsionis, Esq.; and (ii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, so as to be received by no later than **4:00 p.m. prevailing Eastern time on April 27, 2021**.

*[Remainder of Page Intentionally Left Blank]*

**PLEASE TAKE FURTHER NOTICE** that only those objections that are timely received

shall be considered by the Court.

Dated: April 7, 2021                           Respectfully submitted,
      Huntington, New York

                                  **Law Offices of**
                                  **Avrum J. Rosen, PLLC**
                                  *Counsel to David J. Doyaga, Sr. as*
                                  *Chapter 7 Trustee of the Estate*
                                  *of Redf Equities, LLC*

By:     */s/ Avrum J. Rosen*
           Avrum J. Rosen, Esq.
           Alex E. Tsionis, Esq.
           38 New Street
           Huntington, New York 11743
           (631) 423-8527
           arosen@ajrlawny.com
           atsionis@ajrlawny.com