UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                                      Chapter 7

REDF EQUITIES, LLC,                                                       Case No.: 19-46820-ess

                                Debtor.
-------------------------------------------------------------x
DAVID J. DOYAGA, SR. as Trustee of the                    Adv. Pro. No.: 21-01008-ess
Estate of REDF EQUITIES, LLC,

                                Plaintiff,

    -against-

DAVID AUGENSTEIN,

                                Defendant.
-------------------------------------------------------------x

## **JUDGMENT BY DEFAULT**

       A hearing on the motion (the "Motion") for default judgment against David Augenstein (the "Defendant") having been held on May 4, 2021, at which counsel for the plaintiff, David J. Doyaga Sr., as Trustee of the Estate of Redf Equities, LLC (the "Plaintiff") appeared, and no one having appeared in opposition thereto, at which hearing the default was noted on the record against the Defendant, and the Court having entered an Order Granting Motion for Default Judgment;

       **IT IS ORDERED THAT:**

       1.     The Plaintiff has judgment against the Defendant in this Adversary Proceeding for $130,000.00.

       2.     The Plaintiff shall have execution thereon.

       3.     The Plaintiff shall have all the rights and remedies afforded to a judgment creditor by law.

4.    The Plaintiff may enforce this Judgment against the Defendant as allowed by applicable law.