UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                          Chapter 7

REDF EQUITIES, LLC,                                              Case No.: 19-46820-ess

                              Debtor.
-------------------------------------------------------------x
DAVID J. DOYAGA, SR. as Trustee of the                   Adv. Pro. No.: 21-01008-ess
Estate of REDF EQUITIES, LLC,

                              Plaintiff,

    -against-

DAVID AUGENSTEIN,

                              Defendant.
-------------------------------------------------------------x

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

The above-captioned plaintiff, David J. Doyaga, Sr., Trustee and Plaintiff herein (the Plaintiff"), commenced this adversary proceeding on January 21, 2021 by serving the summons and complaint, against the above-captioned defendant, David Augenstein (the "Defendant"), seeking a judgment setting aside the transfer of $130,000.00 as a fraudulent conveyance in accordance with (i) Sections 105, 323, 502, 541, 542, 544, 548 and 550 of Title 11, United States Code (the "Bankruptcy Code"); (ii) Rules 6009 and 7001 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and (iii) Sections 273, 274, 275, 276, and 276-a of the New York Debtor and Creditor Law, and judgment pursuant to Section 550(a) of the Bankruptcy Code to recover the sum of $130,000.00 as against the Defendant; and the summons and complaint were served on the Defendant on January 22, 2021; and the Defendant has failed to answer the complaint nor otherwise move with respect to the complaint; and the Plaintiff filed and served the instant motion pursuant to Federal Rule of Civil Procedure 55, as incorporated by Rule 7055 of the

Bankruptcy Rules, seeking entry of a default judgment against the Defendant, David Augenstein, (the "Motion"); and no opposition to the Motion has been filed with the Court; and the Court has determined after due deliberation that sufficient cause exists to grant the Motion and that the Plaintiff is entitled to the relief sought in the Motion, it is hereby

**ORDERED**, that the Motion for default judgment is granted.